HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Michael Griffin,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>Bruce F. Miyake, Assistant U.S. Attorney for the District of Washington,<br><br>　　　　　　Respondent,<br><br>　and<br><br>Charles A. Daniels, Warden, Federal Correctional Institution, Sheridan, Oregon,<br><br>　　　　　　Real Party In Interest. | Case No.  C05-5626 RBL<br><br>Case No.  CR04-0034 RBL<br><br>ORDER ON PETITION FOR WRIT OF HABEAS CORPUS |

　　　THIS MATTER comes on before the above-entitled Court upon Defendant's "Petition for Writ of Habeas Corpus."

　　　Having considered the entirety of the records and file herein, the Court finds and rules as follows:

　　　The "petition" defendant has filed attacks the sentence the Court imposed after the defendant was convicted of being a felon in possession of a firearm.  As such, the petition is more properly construed as a motion pursuant to 28 U.S.C. § 2255.  On May 9, 2005, the defendant filed his first motion pursuant to 28 U.S.C. § 2255 which raised the same issue presented in this motion and which the Court denied on June 22, 2005.  The motion now before the Court is thus a second or successive motion for which the defendant has not obtained certification from the Appellate Court to file in this Court.  It is therefore

ORDER
Page - 1

**ORDERED** that the motion is **STRICKEN** because this Court lacks jurisdiction to consider it absent certification from the United States Court of Appeals for the Ninth Circuit; and it is further

**ORDERED** that defendant's motion for appointment of counsel is **DENIED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 23rd day of September, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE